UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :     **INDICTMENT**
                                    :
         - v. -                     :     22 Cr.
                                    :
KHALID MEHDIYEV,                    :     **22 CRIM 438**
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x

### COUNT ONE

(Possessing a Firearm with an Obliterated Serial Number)

The Grand Jury charges:

1. In or about July 2022, in the Southern District of New York and elsewhere, KHALID MEHDIYEV, the defendant, knowingly did possess and receive a firearm which had the importer's and manufacturer's serial number removed, obliterated, and altered and which had been shipped and transported in interstate and foreign commerce, to wit, MEHDIYEV possessed a Norinco AK-47-style assault rifle manufactured in China and having a removed and obliterated serial number.

(Title 18, United States Code, Sections 922(k) & 2.)

### FORFEITURE ALLEGATION

2. As the result of committing the offense alleged in Count One of this Indictment, KHALID MEHDIYEV, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition

involved and used in the commission of the said offense, including but not limited to the following: (i) a Norinco AK-47-style assault rifle with two ammunition clips; and (ii) approximately 66 rounds of ammunition.

## Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853;
Title 28, United States Code, Section 2461.)

_____  
Foreperson

_____  
DAMIAN WILLIAMS  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

KHALID MEHDIYEV,

                            Defendant.

---

INDICTMENT

22 Cr. _____

(18 U.S.C. §§ 922(k) & 2.)

DAMIAN WILLIAMS,
United States Attorney.

**A TRUE BILL**

_/s/_ _____
                            Foreperson.

---

8/11/2022 True Bill & Indictment
MJ Ehi

DJ - McMahon