

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2022

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Khalid Mehdiyev*,
            22 Cr. 438 (CM)

Dear Judge McMahon:

      The Government respectfully submits this letter in advance of the conference scheduled for September 15, 2022. On August 11, 2022, a grand jury in this District returned Indictment 22 Cr. 438, charging the defendant with a single count of possessing a firearm with an obliterated serial number, in violation of Title 18, U.S.C., Section 922(k). The Court has referred arraignment to Magistrate Court. The Government requests that time be excluded under the Speedy Trial Act from the date of this letter through September 15, 2022. Defense counsel consents to this request. The ends of justice served by the requested exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit the Government to produce discovery and the defendant and his counsel time to review discovery. *See* 18 U.S.C. § 3161(h)(7).

                                             Respectfully submitted,

                                             DAMIAN WILLIAMS
                                             United States Attorney

                            By:       /s/
                                     Michael D. Lockard / Matthew J.C. Hellman / Jacob H. Gutwillig
                                   Assistant United States Attorneys
                                   (212) 637- 2193 / 2278 / 2215

cc:    Stephanie Carvlin, Esq. (by ECF)