

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2022

**By ECF and Email**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Khalid Mehdiyev,**
                **22 Cr. 438 (CM)**

Dear Judge McMahon:

    Attached please find a proposed Protective Order for your Honor's consideration. The parties have signed the proposed Order.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

    By:    /s/
                Michael D. Lockard / Matthew J.C. Hellman
                / Jacob H. Gutwillig
                Assistant United States Attorneys
                (212) 637- 2193 / 2278 / 2215

cc:    Stephanie Carvlin, Esq. (by ECF and Email)