

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2023

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Rafat Amirov, et al.*,
           S4 22 Cr. 438 (CM)

Dear Judge McMahon:

    The Governments writes to respectfully request that pretrial the conference scheduled for today at 3:00 p.m. be adjourned to tomorrow, February 1, 2023, at 3:00 p.m., which we understand to be convenient to the Court and defense counsel. This adjournment is requested because the defendants were not produced to the courthouse for today's scheduled conference.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

    By:     /s/
           Michael D. Lockard / Matthew J.C. Hellman / Jacob H. Gutwillig
           Assistant United States Attorneys
           (212) 637- 2193 / 2278 / 2215

cc:    Counsel of record (by ECF)