

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2023

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Rafat Amirov, et al.*,
                **S4 22 Cr. 438 (CM)**

Dear Judge McMahon:

      The Government writes on behalf of the parties to respectfully and jointly request that the pretrial conference scheduled for May 2, 2023, at 2:00 p.m., be adjourned for approximately four months, to September 13, 2023. Since the parties were last before Your Honor, the Government has continued discovery productions to defense counsel and the defendants, including voluminous productions of electronically stored information and other evidence obtained pursuant to numerous search warrants executed in the course of this investigation, significant portions of which contain information in multiple foreign languages. The Government anticipates additional discovery productions will be made on a rolling basis. Additionally, counsel for the defendants have worked with the Court Information Security Officers to obtain necessary security clearances, and that process is currently continuing but not complete. The parties have also engaged in substantive pretrial discussions regarding potential pretrial filings or resolutions, and those discussions are ongoing.[1]

      For the foregoing reasons, the parties respectfully request the conference be adjourned, and, following consultation with chambers as to suitable dates, that September 13, 2023 be set for the next pretrial conference. The Government further requests that time be excluded under the Speedy Trial Act from the date of this letter through any date set by the court in response to this motion. The ends of justice served by the requested exclusion outweigh the best interests of the public and the defendants in a speedy trial because it will facilitate the continued provision and

---

[1] The Government also notes that the United States of America has formally requested the extradition of codefendant Polad Omarov from the Czech Republic, where Omarov remains in custody since his arrest there earlier this year. The Government does not yet have a reliable estimate as to when Omarov may arrive in the District, should his extradition to the United States be approved.

review of discovery, resolution to the clearance process, and ongoing discussions between the parties.  *See* 18 U.S.C. § 3161(h)(7). Defense counsel consent to this request.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                    By:       /s/
                          Michael D. Lockard / Matthew J.C. Hellman
                          / Jacob H. Gutwillig
                          Assistant United States Attorneys
                          (212) 637- 2193 / 2278 / 2215

cc:      Counsel of record (by ECF)