

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 4, 2024

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Rafat Amirov et al.*,
               **S5 22 Cr. 438 (CM)**

Dear Judge McMahon:

      The Government respectfully submits this letter to request a classified *ex parte* conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3, in order for the Government to update the Court with respect to anticipated CIPA practice in this matter, including the Government's anticipated motion, pursuant to CIPA Section 4, currently due September 30, 2024. The Government understands that September 5, 2024, at 1:30 p.m. is convenient to the Court's calendar for such a conference, as well as the Classified Information Security Officer. For the reasons set forth in the Government's April 8, 2024 letter, the Government respectfully requests that this conference be held *ex parte* and the transcript filed under seal. (*See* Dkt. 59).

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

                By:        /s/
                        Jacob H. Gutwillig
                        Matthew J.C. Hellman
                        Michael D. Lockard
                        Assistant United States Attorneys
                        (212) 637-2215 / 2315 / 2589

cc: Defense Counsel (by ECF)